UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
WESTERN DISTRICT OF PENNSYLVANIA
P.O. BOX 1805
PITTSBURGH, PA  15230
WWW.PAWD.USCOURTS.GOV

ROBERT V. BARTH, JR.
CLERK OF COURT
412-208-7500

IN REPLYING, GIVE NUMBER
OF CASE AND NAMES OF PARTIES

January 5, 2011

Clerk's Office, U.S. District Court
   for the District of Nevada
333 Las Vegas Boulevard South, 1st Floor
Las Vegas, NV  89101-7065

RE:        USA vs. Andre Nestor
             Our Case No. 11-02M
             Your Case No. 11-02M

Dear Clerk:

      On January 3, 2011, this Court had an Initial Appearance and released the defendant on a $10,000 Unsecured Appearance Bond in the above entitled case. Enclosed is a certified copy of the docket sheet and instructions for retrieving the electronic case file.

      Please acknowledge receipt of the transfer by e-mail at Linda_Krings@pawd.uscourts.gov, after completion of retrieving our Court's electronic file. Please reference our Court's case number and caption along with the case number assigned by your court.

ROBERT V. BARTH
CLERK OF COURT

By: _____
      Linda C. Krings, Deputy Clerk
      412-208-7574

Enclosures

CLOSED

# U.S. District Court
# Western District of Pennsylvania (Pittsburgh)
# CRIMINAL DOCKET FOR CASE #: 2:11-mj-00002-ESS All Defendants
# Internal Use Only

Case title: USA v. NESTOR

Date Filed: 01/03/2011

Assigned to: Ervin S. Swearingen

**Defendant (1)**
**ANDRE NESTOR**

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**
None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

CERTIFIED FROM THE RECORD
Date 1-5-11
ROBERT V. BARTH, JR., CLERK
By Linda C. K___
Deputy Clerk

**Highest Offense Level (Terminated)**
None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**
**USA**     represented by  **Robert S. Cessar**
United States Attorney's Office
700 Grant Street
Suite 4000
Pittsburgh, PA 15219
(412) 894 7329
Fax: (412) 644 4549
Email: robert.cessar@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/03/2011 |   | Arrest of ANDRE NESTOR on 1/3/11 (lck, ) (Entered: 01/04/2011) |
| 01/03/2011 | 1 | Copy of the Criminal Complaint and Arrest Warrant received from the US District for the District of Nevada at case no. 11-2M (lck, ) (Entered: 01/04/2011) |
| 01/03/2011 | 2 | Minute Entry for proceedings held before Judge Ervin S. Swearingen: Initial Appearance as to ANDRE NESTOR held on 1/3/2011 (Tape #: 3:15-3:20) (lck, ) (Entered: 01/04/2011) |
| 01/03/2011 | 3 | CJA 23 Financial Affidavit by ANDRE NESTOR (lck, ) (Entered: 01/04/2011) |
| 01/03/2011 | 4 | ORDER Setting Conditions of Release as to ANDRE NESTOR (1) $10,000 Unsecured. Signed by Judge Ervin S. Swearingen on 11/3/10. (lck, ) (Entered: 01/04/2011) |
| 01/03/2011 | 5 | Appearance Bond Entered as to ANDRE NESTOR in amount of $10,000 Unsecured. (lck, ) (Entered: 01/04/2011) |
| 01/03/2011 | 6 | WAIVER of Identity Hearing by ANDRE NESTOR (lck, ) (Entered: 01/04/2011) |
| 01/05/2011 |   | Certified copy of the docket sheet and instructions for retrieving the case electronically are mailed to the USDC for the District of NV on 1/5/10. (lck, ) (Entered: 01/05/2011) |
| 01/05/2011 |   | ***Terminated Case (lck, ) (Entered: 01/05/2011) |